UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          Case No. 25-mj-00006-JHR

MABEL ORTIZ-PINEDA,

    Defendant.

**NOTICE OF ENTRY OF APPEARANCE
AND SUBSTITUION OF COUNSEL**

    COMES NOW, Shaharazad Booth, and respectfully notifies this Honorable Court, counsel of record for the United States, that she is hereby entering her appearance on behalf of Mabel Ortiz-Pineda for all purposes in this case as Ms. Ortiz-Pineda's counsel of choice and in substitution of Federal Public Defender Daniel Noah Rubin. See, e.g., *United States v. Gonzalez-Lopez,* 548 U.S. 140, 144 (2007).

    Counsel Shaharazad Booth respectfully requests that all notices, pleadings and correspondence on behalf of Mabel Ortiz-Pineda in this case be delivered to the attention of Shaharazad Booth.

Dated this 27th day of January, 2025.

                                                          Respectfully submitted,

                                                          _____
                                                          Shaharazad McDowell Booth
                                                          Attorney for Defendant
                                                          NM Bar # 142956
                                                          US Bar ID # 19-101
                                                          PO Box 13856
                                                          Las Cruces, NM 88013
                                                          (575) 323-8233

**CERTIFICATE OF SERVICE**

   I hereby certify that I have served a copy of the foregoing Notice of Appearance and Substitution of Counsel upon the U.S. Attorney's Office by electronically filing a copy with the Clerk of the Court using the CM/ECF system on this the 27th of January 2025.

_____
Shaharazad McDowell Booth
*Attorney for the Defendant*