**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**vs.**                                    **Case No. 25-mj-00006-JHR**

**MABEL ORTIZ-PINEDA,**

        **Defendant.**

**<u>UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL</u>**

        COMES NOW Mabel Ortiz-Pineda, by and through Shaharazad Booth, and hereby respectfully moves this Court for an order allowing Attorney Shaharazad Booth to substitute Federal Public Defender Daniel Noah Rubin, and as reasons therefore submits the following:

        1.      On January 1, 2025, Ms. Ortiz-Pineda was arrested for Reentry After Deportation – Aggravated Felony, in violation of 8 U.S.C. § 1326(b)(2).

        2.      On January 3, 2025, Federal Public Defender Daniel Noah Rubin was appointed as Attorney for Ms. Ortiz-Pineda. [Doc. 2].

        3.      On January 27, 2025, Attorney Shaharazad Booth was retained to represent Ms. Ortiz-Pineda.

        4.      There are currently no hearings set for this case.

        5.      Undersigned counsel has contacted Daniel Noah Rubin who does not oppose the instant motion to substitute counsel.

WHEREFORE, for the foregoing reasons, Ms. Ortiz-Pineda, respectfully requests that this Court issue an order substituting attorney Shaharazad Booth for Daniel Noah Rubin.

Dated this 27th day of January, 2025.

Respectfully submitted,

Shaharazad McDowell Booth
Attorney for Defendant
NM Bar # 142956
US Bar ID # 19-101
PO Box 13856
Las Cruces, NM 88013
(575) 323-8233

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion for Substitution of Counsel upon the U.S. Attorney's Office by electronically filing a copy with the Clerk of the Court using the CM/ECF system on this the 27th of January 2025.

Shaharazad McDowell Booth
*Attorney for the Defendant*