UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                       Case No. 25-mj-00006-JHR

MABEL ORTIZ-PINEDA,

    Defendant.

**ORDER ON MOTION TO SUBSTITUTE COUNSEL**

THIS MATTER having come before the Court on Motion of Mabel Ortiz-Pineda, through counsel Shaharazad Booth, and this Court being otherwise fully advised in the premises finds that the motion is well taken and shall be granted. Therefore, it is hereby

ORDERED that counsel Shaharazad Booth substitute Federal Public Defender Daniel Noah Rubin, as the attorney of record in the above captioned cause.

_____
UNITED STATES MAGISTRATE JUDGE